The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$73,159.86 IN U.S. CURRENCY SEIZED FROM OPUS BANK ACCOUNT No.XXXXXX3983 HELD IN THE NAME OF GARY WALTER CICHY AND SEATTLE WATERFRONT ARCADE,<br><br>Defendant. | No. CV13-1582 MJP<br><br>CLAIM OF GARY WALTER CICHY |

I, Gary Cichy, hereby state the following:

1. I am making a claim to the $73,159.86 seized from Opus Bank and held in the name of Gary Walter Cichy and Seattle Waterfront Arcade, which is the subject of this action.

2. I am the owner of the property.

I declare that the foregoing statements are true and correct to the best of my ability under penalty of perjury.

Signed this 1st day of November, 2013 at Seattle, Washington.

_____
Gary Cichy
Claimant

---

CLAIM OF GARY WALTER CICHY
(*U.S. v. $73,159.86 IN U.S. CURRENCY*; No. CV13-1582 MJP) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the date listed below, via the CM/ECF system, upon the parties required to be served in this action, in particular Assistant United States Attorney Matthew Thomas, attorney for the government.

DATED this 4th day of November, 2013.

Respectfully submitted,

LAW OFFICE OF CHRISTOPHER BLACK, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Gary Walter Cichy
Law Office of Christopher Black, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:      206.623.1604
Fax:          206.658.2401
Email:       crb@crblack.com

CLAIM OF GARY WALTER CICHY
(U.S. v. $73,159.86 IN U.S. CURRENCY; No. CV13-1582 MJP) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401